UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASON CALDERON,

                              Plaintiff,

            -against-                                    22-CV-4241 (LTS)

SAUL YEBRIAL PINEDA CARMONA;                    CIVIL JUDGMENT
FUNDACION MONTERIA DIVERSA;
STATE OF NY,

                              Defendants.

Pursuant to the order issued June 27, 2022, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff's claims under the False

Claims Act are dismissed without prejudice because he cannot prosecute such claims *pro se*. The

Court declines, under 28 U.S.C. § 1367(c), to exercise supplemental jurisdiction of any state law

claims that Plaintiff may be asserting.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated:    June 27, 2022
          New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge